Jordan M. LEDERER, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7047.

United States Court of Appeals, Federal Circuit.

March 12, 2008.

Jordan M. Lederer, pro se.

*ORDER*

On February 4, 2008 the court issued an order allowing Jordan M. Lederer ("Jones") 21 days to notify the court why this appeal should not be dismissed for lack of jurisdiction. Lederer has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.

Donald R. JONES, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7042.

United States Court of Appeals, Federal Circuit.

March 12, 2008.

Donald R. Jones, pro se.

*ORDER*

On February 4, 2008 the court issued an order allowing Donald R. Jones ("Jones") 21 days to notify the court why this appeal should not be dismissed for lack of jurisdiction. Jones has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.